**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

EDUARDO DE LA TORRE; LORI
SAYSOURIVONG,

*Plaintiffs-Appellants/
Cross-Appellees*,

v.

CASHCALL, INC.,

*Defendant-Appellee/
Cross-Appellants.*

Nos. 14-17571
15-15042

D.C. No.
3:08-cv-03174-
MEJ

OPINION

Appeal from the United States District Court
for the Northern District of California
Maria-Elena James, Magistrate Judge, Presiding

Argued and Submitted February 16, 2017
Submitted September 17, 2018
San Francisco, California

Filed October 3, 2018

Before:  A. Wallace Tashima and Andrew D. Hurwitz, Circuit Judges, and Lynn S. Adelman,[*] District Judge.

Per Curiam Opinion

**COUNSEL**

James C. Sturdevant (argued), The Sturdevant Law Firm, San Francisco, California; Jessica Riggin and Steven M. Tindall, Rukin Hyland Doria & Tindall LLP, San Francisco, California; Arthur D. Levy, Law Office of Arthur D. Levy, San Francisco, California; for Plaintiffs-Appellants/Cross-Appellees.

Brad W. Seiling (argued), Donald R. Brown, and Joanna S. McCallum, Manatt Phelps & Phillips LLP, Los Angeles, California, for Defendant-Appellee/Cross-Appellant.

Caryn Becker, Oakland, California, as and for Amicus Curiae Center for Responsible Lending.

Ted Mermin, Berkeley, California, as and for Amicus Curiae Public Good Law Center.

Michael J. Quirk, Williams Cuker Berezofsky LLC, Philadelphia, Pennsylvania, for Amicus Curiae National Association of Consumer Advocates.

---

[*] The Honorable Lynn S. Adelman, United States District Judge for the Eastern District of Wisconsin, sitting by designation.

**OPINION**

PER CURIAM:

In light of the judgment of the Supreme Court of California in *De La Torre v. CashCall, Inc.*, No. S241434, 422 P.3d 1004 (Cal. 2018), the judgment of the district court is **VACATED** and this case is **REMANDED** to that court for further proceedings consistent with that opinion.

**VACATED AND REMANDED.**